■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PORTER, Appellant. [776 NYS2d 890]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered May 16, 2001, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the court properly refused to excuse a prospective juror for cause, as he indicated that he would be able to follow the law as provided by the court (*see People v Rudolph,* 266 AD2d 568, 568-569 [1999]; *People v Archer,* 210 AD2d 241 [1994]; *People v Lee,* 193 AD2d 759, 760 [1993]).

The defendant's remaining contentions, raised in his supplemental pro se brief, either are unpreserved for appellate review or without merit. Santucci, J.P., Florio, Schmidt and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR A. PULECIO, Appellant. [776 NYS2d 891]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 31, 1997 (*People v Pulecio,* 237 AD2d 633 [1997]), affirming a judgment of the County Court, Rockland County, rendered June 19, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Krausman and Goldstein, JJ., concur.